57559. DEPARTMENT OF TRANSPORTATION et al.
v. MATTHEWS.

QUILLIAN, Presiding Judge.

The evidence was sufficient to support the award of the State Board of Workers' Compensation.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED APRIL 4, 1979 — DECIDED APRIL 30, 1979.

*Arthur K. Bolton, Attorney General, Robert S. Stubbs, II, Executive Assistant Attorney General, Don A. Langham, First Assistant Attorney General, Michael J. Bowers, Verley J. Spivey, Senior Assistant Attorneys General, James H. Weeks, Special Assistant Attorney General, Gary R. Hurst,* for appellants.

*Adams, Barfield & Dunaway, Truitt A. Mallory, Melton & Melton, Stephen A. Melton, Clark, Haygood & Lynch, Harold Clark,* for appellee.